

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 NOV 21 A 11:23

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05MJ57 |
| vs. | ) | ORDER FOR DISMISSAL |
| EVERADO RAMIREZ, | ) | |
| Defendants. | ) | |

NOW ON THIS 21st day of November, 2005, this matter is before the Court on the United States' Motion for Dismissal (Filing No. ___). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Complaint filed herein as to the Defendant, Everado Ramirez.

2. The Complaint filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Everado Ramirez.

11/21/05

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge